Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

FILED
2024 MAY -1  A 11: 04
U.S. DISTRICT COURT
N.D. OF ALABAMA

Matthew Sherman Phillips )
_____ )
Plaintiff )
*(Write your full name. No more than one plaintiff may be named in a complaint.)* )
)
-v- ) Case No. 1:24-cv-551-MHH-HNJ
) *(to be filled in by the Clerk's Office)*
)
)
)
)
)
)
See Attached Annex "A" )
_____ )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)* )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $402.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $402.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

I. The Parties to this Complaint

A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

| | |
|---|---|
| Name | Matthew Sherman Phillips |
| All other names by which you have been known: | N/A |
| ID Number | 262398 |
| Current Institution | Childersburg CBF/CWC |
| Address | P.O. Box 368 |
| | Childersburg, AL 35044-0368 |

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Governor Katherine Ivey |
| Job or Title *(if known)* | Governor of Alabama |
| Shield Number | ??? |
| Employer | State of Alabama |
| Address | 600 Dexter Avenue |
| | Montgomery, AL 36130 |

[X] Individual Capacity   [X] Official Capacity

Defendant No. 2

| | |
|---|---|
| Name | Commissioner John Hamm |
| Job or Title *(if known)* | Commissioner of ADOC |
| Shield Number | ??? |
| Employer | ADOC |
| Address | 301 South Ripley Street |
| | Montgomery, AL 36130 |

[X] Individual Capacity   [X] Official Capacity

2

Defendant No. 3

    Name                    Attorney General Steven Marshall

    Job or Title *(if known)*    Attorney General of Alabama

    Shield Number          ???

    Employer              State of Alabama

    Address               501 Washington Avenue

                             Montgomery         AL        36130
                                    *City*                *State*       *Zip Code*

                             [x] Individual Capacity     [x] Official Capacity

Defendant No. 4

    Name                    See Attached Annex "B" pages 1 thru 4

    Job or Title *(if known)*    N/A

    Shield Number          N/A

    Employer              N/A

    Address               N/A

                             N/A                      N/A       N/A
                                   *City*                *State*       *Zip Code*

                             [x] Individual Capacity     [x] Official Capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

   A.    Are you bringing suit against *(check all that apply)*:

         ☐   Federal officials (a *Bivens* claim)

         [x]   State or local officials (a § 1983 claim)

   B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

         Equal Protection, Due Process, Cruel and Unusual Punishment, and Access to the Courts for Redress of Grievances

3

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attached Annex "C"

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial Detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other   N/A
   *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

See3 Attached Annex "D"

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

See Attached Annex "D"

4

C. What date and approximate time did the events giving rise to your claim(s) occur?

See Attached Annex "D"

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached Annex "D"

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries in detail.

See Attached Annex "E"

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See Attached Annex "F"

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

North Alabama CBF/CWC; Red Eagle CWC; Donaldson CF

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☒ No, not during the time of the deprivation of rights

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

N/A

6

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

    N/A

2. What did you claim in your grievance?

    N/A

3. What was the result, if any?

    N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

    N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   no grievance remedy available at the time

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   See attached Exhibits that prove Phillips attempted to get ADOC to comply with the grievance law, contacted and begged every department or agency Phillips could think of.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   See attached Exhibits proving Phillips raised subjective awareness to all high powered state officials

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☒ Yes

☐ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

\* Matthew Sherman Phillips vs. Jerry Edward Robbins, Jr., et.al.

   Case No. 5:16-cv-01483-LSC-HNJ (N.D.Ala.2017)

\* Matthew Sherman Phillips vs. Ivan Pavirovc, et.al.,

   Case No.: 5:19-cv-00888-LCB-HNJ (N.D.Ala.2019)

8

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes
and
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)   Matthew Sherman Phillips

   Defendant(s)   Gov.Katherine Ivey,Comm.Jefferson Dunn,Steve Watson,Alcornelia Terry,Rosie Shingles,Cassandra Conway,Angie Baggett,Guy Noe, Errol Pickens, Stephen Langford,Ashley Nance,Michele Bailey,Hope Kaupilla,Amber Shelton,Maronica Mason, Carrie McCollum, Bart Harmon

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Montgomery County, Alabaama

3. Docket or index number

   03-CV-2020-000480/03-CV-2021-000369

4. Name of Judge assigned to your case

   Gregory O' Griffin, Sr.

5. Approximate date of filing lawsuit

   October 2020/July 2021

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition.   April 7, 2022

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Dismissed without redress Appeals CL-22-0601/CL-22-0602
   Certiorari Denied SC-2023-0215/SC-2023-0118

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff   Matthew Sherman Phillips
Prison Identification #     262398X
Prison Address              P.O. Box 368

                            Childersburg            AL        35044
                               City                State     Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 22, 2024   pursuant to 28 U.S.C. § 1746
                  (Date)

_Matthew Sherman Phillips_
Signature of Plaintiff

10